William C. Rawlinson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* March 24th, 1908.)

Writ of Error to Circuit Court, St. Lucie county; Minor S. Jones, Judge.

No appearance for the plaintiff in error;

W. H. Ellis, Attorney General, for the state.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dimissed on motion of Attorney General, for the state.